UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLOBIS CAPITAL PARTNERS, L.P.,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>THE CASH STORE FINANCIAL SERVICES INC. and GORDON REYKDAL,<br><br>　　　　　　　　Defendants. | Case No. 13-cv-3385 (VM)(RE)<br>ECF Case |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

　　I hereby enter my appearance on behalf of The Cash Store Financial Services Inc. and Gordon Reykdal, the defendants in the above-captioned action. I certify that I am admitted to practice before this Court.

　　　　　　　　　　　　　　　　　　AXINN VELTROP & HARKRIDER LLP

Dated: July 1, 2013　　　　　　By: __/s/ Thomas G. Rohback
　　　　　　　　　　　　　　　　　　Thomas G. Rohback
　　　　　　　　　　　　　　　　　　90 State House Square, Flr 9
　　　　　　　　　　　　　　　　　　Hartford, CT 06103
　　　　　　　　　　　　　　　　　　Telephone: 860-275-8110
　　　　　　　　　　　　　　　　　　Fax: 860-275-8101
　　　　　　　　　　　　　　　　　　Email: tgr@avhlaw.com

　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that a true and correct copy of the foregoing ***Notice of Appearance*** was electronically filed and served by CM/ECF to all registered counsel of record on this 1st day of July, 2013.

                            <u>/s/  Thomas G. Rohback</u>