UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------- X

GLOBIS CAPITAL PARTNERS, L.P., : 13 Civ. 3385

Plaintiff,

- against -

THE CASH STORE FINANCIAL SERVICES INC., et al.,

Defendants.

----------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/9/13

----------------------------------- X

CHARLES NUTSCH, et al., : 13 Civ. 4461

Plaintiffs,

- against -

**ORDER**

CASH STORE FINANCIAL SERVICES, INC., et al.,

Defendants.

----------------------------------- X

**VICTOR MARRERO, United States District Judge.**

Upon review of the complaints and other papers filed with the Court in connection with the two cases captioned above, the Court noted that in all material respects the complaints describe the same or substantially similar underlying events arising out of the same or substantially similar operative facts, and assert the same or substantially similar claims against the same defendant. Accordingly, it is hereby

**ORDERED** that the Clerk of Court is directed to consolidate these actions for all pretrial purposes; and it is further

**ORDERED** that all filings in connection with the consolidated action be docketed against the remaining lower numbered case, 13 Civ. 3385; and it is finally

**ORDERED** that the Clerk of Court close the referenced higher numbered case, 13 Civ. 4461 as a separate action and remove it from the Court's docket.

**SO ORDERED.**

Dated: NEW YORK, NEW YORK
9 July 2013

VICTOR MARRERO
U.S.D.J.