UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLOBIS CAPITAL PARTNERS, L.P. and GLOBIS OVERSEAS FUND, LTD., Individually and on behalf of All others Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>THE CASH STORE FINANCIAL SERVICES INC., ET. AL.<br><br>Defendants. | Case No. 13-cv-03385-VM<br><br>ECF Case |

### DECLARATION OF THOMAS G. ROHBACK
### IN SUPPORT OF DEFENDANT NANCY BLAND'S MOTION
### TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT

Pursuant to 28 U.S.C. § 1746, Thomas G. Rohback declares:

1.  I am an attorney licensed to practice in the State of New York, and I am admitted to practice before this Court. I am a partner of the law firm Axinn, Veltrop & Harkrider LLP, attorneys for defendant Nancy Bland in the above captioned action. I submit this declaration in support of Nancy Bland's Motion to Dismiss the Consolidated Class Action Complaint.

2.  Attached hereto as Exhibit A is a true and correct copy of Nancy Bland's Canadian System for Electronic Disclosure by Insiders ("SEDI") Insider Transaction Detail Report, publicly accessed on August 15, 2013.

3.  Attached hereto as Exhibit B is a true and correct copy of Cash Store's SEC Form 40-F Ex. 99.2, "Annual Information Form for the Fifteen Months Ended September 30, 2010," filed with the SEC on November 26, 2010.

4. Attached hereto as Exhibit C is a true and correct copy of Cash Store's SEC Form 40-F Ex. 99.1, "Annual Information Form for the Year Ended September 30, 2011," filed with the SEC on November 17, 2011.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Hartford, Connecticut

    January 20, 2014

        /s/ Thomas G. Rohback

        Thomas G. Rohback