USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/10/15

Hoffner PLLC

800 Third Avenue, 13th Floor
New York, NY 10022
Tel: 212.471.6203
Fax: 212.935.5012
Email: hoffner@hoffnerpllc.com

DAVID S. HOFFNER

December 9, 2015

RECEIVED
DEC 10 2015
CHAMBERS OF
JUDGE MARRERO

BY UPS OVERNIGHT MAIL
Honorable Victor Marrero
United States District Judge
Suite 660
United States Courthouse
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Globis Capital Partners, L.P. et al. v. Cash Store Financial Services, Inc. et al.*,
13 Civ. 3385 (S.D.N.Y.) (VM) (RLE)

Dear Judge Marrero:

This firm is Co-Lead Counsel for Lead Plaintiffs in the above-referenced action. By letter, dated October 22, 2015, we provided the Court with a status report regarding the settlement (the "Settlement") of the above-referenced litigation and related securities class actions in Canada (collectively, the "D&O/Insurer Global Settlement Agreement") and advised the Court that, upon approval of the Settlement in accordance with the Plan Sanction Order (the "Plan") by the Ontario Superior Court of Justice, Commercial List (the "Ontario Court") under Canada's Companies' Creditors Arrangement Act, R.S.C. 1985, c. C-36, as amended, and the subsequent entry of a Recognition Order by the United States Bankruptcy Court for the Southern District of New York, the parties to the above-referenced action would seek, by proposed stipulation and order, to have the Court dismiss this action with prejudice.

On November 19, 2015, the Plan and the D&O/Insurer Global Settlement Agreement were indeed approved and entered by the Ontario Court. A copy of the Plan, dated October 6, 2015, is annexed as Exhibit A to the Sanction Order, dated October 19, 2015 (which, in turn, is Exhibit 1 to the Order Granting Recognition and Related Relief (the "Recognition Order"), dated November 25, 2015 (a copy of which is annexed as Exhibit A to the proposed Stipulation and Order of Dismissal being submitted herewith).

As consideration for the release of the claims of shareholders of Cash Store Financial Services, Inc. ("Cash Store"), including those asserted in the above-referenced action, the Plan, in conjunction with the D&O/Insurer Global Settlement Agreement (annexed as Schedule C to the Plan), provides that persons who acquired shares of Cash Store common stock from November 24, 2010 through to February 13, 2014, inclusive, are to receive CDN $4,875,000. *See* Plan, Schedule C, ¶40.

Hoffner PLLC



On November 25, 2015, the Bankruptcy Court entered the Recognition Order thereby fulfilling all of the conditions precedent for the entry of the Stipulation and Order of Dismissal in this action.

Accordingly, consistent with the status reports provided to the Court over the past four months, we are submitting herewith to be so ordered by Your Honor a proposed Stipulation and Order of Dismissal dismissing this action with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Respectfully submitted,

David S. Hoffner

cc: Richard Rosen, Esq. (by email)
Thomas Rohback, Esq. (by email)
Joseph De Simone, Esq. (by email)
Ira Press, Esq. (by email)
Christopher M. Caparelli, Esq. (by email)
Gordon Reykdal, *pro se*, c/o Matthew Lerner, Esq. (by email)

Enclosure

**SO ORDERED.** The Clerk of Court is directed to terminate any pending motions in this action and to close this case.

**SO ORDERED.**

12-10-15
Date

Victor Marrero, U.S.D.J.